# In the United States Court of Federal Claims

**No. 01-627C**
**(Filed February 19, 2010)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```
                                          *
```
**TIMBER PRODUCTS COMPANY,**              *
                                          *
                                          *
            **Plaintiff,**                *
                                          *
      **v.**                              *
                                          *
**UNITED STATES OF AMERICA,**             *
                                          *
            **Defendant.**                *
                                          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER
---

In accordance with the agreement of the parties, the Court schedules a telephonic conference call for **March 2, 2010, at 12:00pm**. The call will be initiated by the Court.


            s/Mary Ellen Coster Williams
            **MARY ELLEN COSTER WILLIAMS**
            **Judge**