# In the United States Court of Federal Claims

**No. 01-627C**
**(Filed March 2, 2010)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```
                                              *
```
**TIMBER PRODUCTS COMPANY,**                  *
                                              *
                                              *
              **Plaintiff,**                  *
                                              *
       **v.**                                 *
                                              *
**UNITED STATES OF AMERICA,**                 *
                                              *
              **Defendant.**                  *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

On March 2, 2010, a telephonic conference call was held to discuss the impact, if any, of the United States Court of Appeals for the Federal Circuit's recent decision in <u>Precision Pine v. United States</u>, Nos. 08-5092, -5093, 2010 WL 569733 (Fed. Cir. Feb. 19, 2010) on the instant matter. Both parties requested leave to file supplemental briefing on the effect of the Federal Circuit's <u>Precision Pine</u> decision. In accordance with the agreement of the parties, the Court hereby orders the following:

1. The Government shall file its list of elements and corresponding damages under clause C6.01 no longer in contention by **March 31, 2010**. No further time extensions will be granted.

2. In light of Plaintiff's expectation that a petition for rehearing en banc will be filed with the Federal Circuit in <u>Precision Pine</u>, the Court will await the Federal Circuit's disposition on such petition before setting a schedule for supplemental briefing in this matter.

3.       Plaintiff shall file a notice to the Court and the parties advising of the Federal Circuit's disposition on the anticipated petition for rehearing en banc in <u>Precision Pine</u>.

<u>s/Mary Ellen Coster Williams</u>
**MARY ELLEN COSTER WILLIAMS**
**Judge**